UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI REISMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>AUTO CARE WARRANTY SOLUTIONS, LLC,<br><br>Defendants. | Civil Case Number: 2:20-cv-10449-KM-ESK |

NOTICE OF VOLUNTARY DISMISSAL

The undersigned counsel for the Plaintiff hereby provides notice to the Court that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice; AND

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:       April 20, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*

                               SO ORDERED

                               This 21st day of April, 2021


                                /s/ Kevin McNulty
                               _____
                               HONORABLE KEVIN MCNULTY
                               UNITED STATES DISTRICT JUDGE